# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERBIR SINGH,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | Case No. 1:26-cv-05951-KES-SAB<br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br>(ECF No. 7) |

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendants may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendants shall have through **November 12, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge