# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERBIR SINGH,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | Case No. 1:26-cv-05951-KES-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br><br>ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendants may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendants shall have through **December 14, 2026**, to answer or otherwise respond to the complaint. In light of the foregoing, the Court CONTINUES the initial scheduling conference to **February 2, 2027, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge